IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROY JOSHUA GOUVEIA, <br><br> Plaintiff, <br><br> vs. <br><br> CAPTAIN JACKIE M., SERGEANT TOTAU, SERGEANT HEDGE, CORRECTIONAL OFFICER GAZMAN, CORRECTIONAL OFFICER JUSTIN KANAKAOLE, <br><br> Defendants. | CIVIL NO. 20-00342 JAO-RT <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT JACQUE D. MULLEITNER'S MOTION TO DISMISS PRISONER CIVIL RIGHTS COMPLAINT, FIRST AMENDED COMPLAINT FOR LACK OF PROSECUTION |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDATION TO GRANT  DEFENDANT
JACQUE D. MULLEITNER'S MOTION TO DISMISS PRISONER CIVIL RIGHTS
COMPLAINT, FIRST AMENDED COMPLAINT FOR
LACK OF PROSECUTION</u>

Findings and Recommendation having been filed and served on all parties on May 13, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. United States Code § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaiʻi, May 31, 2022.



Jill A. Otake
United States District Judge

Civil No. 20-00342 JAO-RT, *Gouveia v. Capt. Jackie M., et al.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT JACQUE D. MULLEITNER'S MOTION TO DISMISS PRISONER CIVIL RIGHTS COMPLAINT, FIRST AMENDED COMPLAINT FOR LACK OF PROSECUTION